Ernest W. "Will" Klatte, III (State Bar No. 115914)
ewklatte@kbylaw.com
Ana Thomas (State Bar No. 251578)
athomas@kbylaw.com
Klatte, Budensiek & Young-Agriesti, LLP
100 Bayview Circle, Suite 4500
Newport Beach, California 92660-8912
Telephone:  949-221-8700
Facsimile:   949-222-1044

Attorneys for Defendants
Heartland Automotive Services II, Inc. and Four-
Sher Investments, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>              Plaintiff,<br><br>       v.<br><br>FOUR-SHER INVESTMENTS, LLC, a California Limited Liability Company; HEARTLAND AUTOMOTIVE SERVICES II, INC., a Delaware Corporation; and Does 1-10,<br><br>              Defendants. | CASE NO.: 3:18-cv-00754-BEN-KSC<br><br>**JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Date Action Filed:        April 19, 2018<br>District Judge: Hon. Roger T. Benitez<br>Trial Date:                None Set |

## JOINT MOTION TO CONTINUE THE
## EARLY NEUTRAL EVALUATION CONFERENCE

Plaintiff Chris Langer ("Plaintiff") and Defendants Heartland Automotive Services II, Inc. and Four-Sher Investments, LLC. ("Defendants") (collectively, the "Parties") jointly request that the Early Neutral Evaluation Conference scheduled for September 11, 2018 at 2:00 p.m. [Docket 17] be continued one-week to September 18, 2018 at 2:00 p.m., or to a date convenient with the Court's calendar.

Good cause supports the Parties' joint request for a one-week continuance of the Early Neutral Evaluation Conference.  Counsel for Defendants, Ernest W. "Will" Klatte, III and Ana Thomas, will be both be on vacation on September 11, 2018.  Mr. Klatte will be out of the country through late September.  However, Ms. Thomas will return to the office on Monday, September 17, 2018.  No previous requests to continue the ENE have been requested.

Respectfully Submitted,

Dated:  August 14, 2018            CENTER FOR DISABILITY ACCESS

By:___/s/ Matt Valenti_____
         Matt Valenti,
         Attorneys for Plaintiff Chris Langer

Dated:  August 10, 2018            Klatte, Budensiek & Young-Agriesti, LLP

By:___/s/ Ana Thomas_____
         Ana Thomas,
         Attorneys for Defendants Heartland
         Automotive Services II, Inc. and Four-
         Sher Investments, LLC

## <u>SIGNATURE ATTESTATION</u>

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 15, 2018            Klatte, Budensiek & Young-Agriesti, LLP


By:_____/s/ Ana Thomas_____

Ana Thomas,
Attorneys for Defendants Heartland
Automotive Services II, Inc. and Four-
Sher Investments, LLC

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 100 Bayview Circle, Suite 4500, Newport Beach, California 92660-8912, in said County and State.  On June 20, 2018, I served the following document(s):

**JOINT MOTION TO CONTINUE THE**
**EARLY NEUTRAL EVALUATION CONFERENCE**

**on the following parties**:

|  |  |
|---|---|
| Chris Carson, Esq. | Attorneys for Plaintiff, Chris Langer |
| Phyl Grace | |
| Potter Handy | Telephone: (858) 375-7385 |
| 9845 Erma Rd., Ste. 300 | Email: chrisc@potterhandy.com; |
| San Diego, CA  92131 | phylg@potterhandy.com; |

**by** the following means of service:

☐ **BY MAIL**:  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE**:  I emailed a true copy of this document to a messenger with instructions to personally deliver it to each person[s] named at the address[es] shown before 5:00 p.m. on the above-mentioned date.

☐ **BY OVERNIGHT SERVICE:**  On the above-mentioned date, I placed a true copy of the above mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by Federal Express or delivered same to an authorized courier or driver authorized by Federal Express to receive documents.

☒ I certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Service list (if any).

☐ **BY ELECTRONIC SERVICE:**  On the above-mentioned date, I caused each such document to be transmitted by electronically mailing a true and correct copy through Klatte, Budensiek & Young-Agriesti, LLP's electronic mail system to the e-mail address(s) set forth above.

☒ **(FEDERAL)**     I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2018.

Michelle Perciavalle
Michelle Perciavalle

CASE NO.  3:18-cv-00754-BEN-KSC
JOINT MOTION TO CONTINEU ENE