FILED

FEB 11 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      MME            DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>Plaintiff,<br><br>v.<br><br>FOUR-SHER INVESTMENTS, LLC; et al.,<br><br>Defendants. | Case No.: 3:18-cv-00754-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL, [Doc. 26]** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties jointly move to dismiss this action with prejudice as to all parties. [Doc. 26.] The joint motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Date: February 9, 2019

HON. ROGER T. BENITEZ
United States District Judge